Mark F. Gallagher
Hawaii Bar No.: 6016
mgallagher@hawaiiantel.net
66 Kaiholu Place
Kailua, Hawaii 96734
(808) 535-1500

HERMAN LAW
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Tel:  305-931-2200
Fax:  305-931-0877
Jeff Herman
Florida Bar No. 521647
jherman@hermanlaw.com
(pending application for *pro hac vice* admission)
Dennis E. Siegel
Florida Bar No. 258131
dsiegel@hermanlaw.com
(pending application for *pro hac vice* admission)
Lee Gill Cohen
Florida Bar No. 825670
lcohen@hermanlaw.com
(pending application for *pro hac vice* admission)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| MICHAEL F. EGAN, III,                )<br>                                                    )<br>         Plaintiff,                           )<br>vs.                                               )<br>                                                    )<br>GARTH ANCIER,                        )<br>                                                    )<br>         Defendant.                       )<br>_____) | Civil Action No. 14-188 SOM-BMK<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL F. EGAN, III PURSUANT TO RULE 41(a)(1)(A)(i) |

Plaintiff MICHAEL F. EGAN, III, by and through his undersigned attorney, hereby gives notice that pursuant to Rule 41(a)(1)(A)(i), F.R.C.P., the above captioned action is dismissed without prejudice against Defendant Garth Ancier.

Dated:  June 25, 2014.

>Respectfully submitted,
>Mark F. Gallagher
>Hawaii Bar No.:  6016
>66 Kaiholu Place
>Kailua, Hawaii  96734
>mgallagher@hawaiiantel.net
>(808)535-1500
>
>By: /s/ Mark F. Gallagher
>       Mark F. Gallagher
>
>HERMAN LAW
>3351 NW Boca Raton Boulevard
>Boca Raton, FL 33431
>
>Tel:  305-931-2200
>Fax:  305-931-0877
>www.hermanlaw.com
>Jeff Herman
>Florida Bar No. 521647
>jherman@hermanlaw.com
>(pending application for *pro hac vice* admission)
>Dennis E. Siegel
>Florida Bar No. 258131
>dsiegel@hermanlaw.com
>(pending application for *pro hac vice* admission)
>Lee Gill Cohen
>Florida Bar No. 825670
>lcohen@hermanlaw.com
>(pending application for *pro hac vice* admission)